IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GEORGE W. FOUSHI, II ) | No. 10-489-TUC-RCC(CRP) |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| LIONEL CRAIG APKER, JR., ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____) | |

The Court having reviewed the Magistrate Judge's Report and Recommendation and no objections having been filed,

**IT IS ORDERED ADOPTING** the Report and Recommendation (Doc. 17)

**IT IS FURTHER ORDERED GRANTING** Petitioner's Motion to Withdraw (Doc. 16) and Petitioner's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. 2241 (Doc. 1). is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that judgment shall enter and the Clerk shall close this case.

DATED this 14th day of June, 2011.

Raner C. Collins
United States District Judge

*mg*